John Daly et al., Plaintiffs-Appellees, v. Dolores L. Sheehan et al., Defendants-Appellants.

Gen. No. 47,688.

First District, First Division.

June 15, 1959.

Rehearing denied July 10, 1959.

Released for publication July 23, 1959.

John C. Melaniphy, Corporation Counsel, of Chicago (Sydney R. Drebin, Rita Ivy Epstein,

Assistant Corporation Counsels, of counsel) for defendants-appellants; Robert J. Nolan (Patrick W. Dunne, of counsel) for plaintiffs-appellees. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**